

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Appellant's Brief is due December 4, 2020.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court